IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENJI ARDE,

      Petitioner,                       No. CIV S-09-2908 WBS EFB P

   vs.

WONG,

      Respondent.                   <u>ORDER</u>

                                   /

      Petitioner seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 6, 2010, respondent filed a motion to dismiss on the ground that the petition is barred by the statute of limitations. Petitioner has not filed an opposition or a statement of no opposition to respondent's motion to dismiss.

      A responding party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." L. R. 230(l). Failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L. R. 110. The court may dismiss this action with or without prejudice, as appropriate, if a party disobeys an order or the Local Rules. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1263 (9th Cir. 1992) (district court did not abuse discretion in

1

1  dismissing *pro se* plaintiff's complaint for failing to obey an order to re-file an amended
2  complaint to comply with Federal Rules of Civil Procedure); *Carey v. King*, 856 F.2d 1439,
3  1440-41 (9th Cir. 1988) (dismissal for *pro se* plaintiff's failure to comply with local rule
4  regarding notice of change of address affirmed).

5      Accordingly, it is hereby ORDERED that, within twenty-one days of the date of this
6  order, petitioner shall file either an opposition to the motion to dismiss or a statement of no
7  opposition.  Failure to comply with this order will result in a recommendation that this action be
8  dismissed without prejudice.

9  Dated: July 26, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2