IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENJI ARDE,

    Petitioner,               No. CIV S-09-2908 WBS EFB P

    vs.

WONG,

    Respondent.             ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 8, 2010, he requested that the court appoint counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appointment counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing Section 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

    On August 9, 2010, petitioner requested an extension of time to file an opposition or statement of non-opposition to the May 6, 2010 motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Accordingly, it is hereby ORDERED that:

    1. Petitioner's August 9, 2010 motion for appointment of counsel is denied without prejudice; and

1

2. Petitioner's August 9, 2010 request for extension of time is granted and petitioner has 30 days from the date this order is served to file and serve an opposition or statement of non-opposition to the May 6, 2010 motion to dismiss.

DATED: September 2, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2